IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 3 – 2005

GREGORY C. LANGHAM
CLERK

Civil Action No. 05-cv-01749-OES

ALEJANDRO LOPEZ-JURADO,

      Applicant,

v.

AL ESTEP, Warden, Limon Correctional Facility, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

      Respondents.

_____

## ORDER DIRECTING APPLICANT TO FILE AMENDED APPLICATION

_____

Applicant Alejandro Lopez-Jurado is a prisoner in the custody of the Colorado
Department of Corrections at the Limon Correctional Facility at Limon, Colorado.  Mr.
Lopez-Jurado has filed *pro se* an application for a writ of habeas corpus pursuant to 28
U.S.C. § 2254.  The court must construe the application liberally because Mr. Lopez-
Jurado is representing himself.  *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972);
*Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991).  However, the court should not
be the *pro se* litigant's advocate.  *See Hall*, 935 F.2d at 1110.  For the reasons stated
below, Mr. Lopez-Jurado will be ordered to file an amended application.

Mr. Lopez-Jurado is challenging the validity of his 1998 conviction in the Denver
District Court and the sentence of thirty-five years in prison he is serving as a result of
that conviction.  He asserts three numbered claims for relief in the application.
However, he fails to assert specific facts in support of each of his claims.  For example,
Mr. Lopez-Jurado alleges in his first claim for relief that there was insufficient evidence

to support his conviction but he never alleges why he believes the evidence was not sufficient. He alleges in his third claim for relief that the Colorado Supreme Court Attorney Regulation Counsel failed to investigate his allegations that his postconviction attorney had abandoned his case but he fails to explain how that supports a claim that his conviction or sentence is not valid. It is not even clear what constitutional violation Mr. Lopez-Jurado is raising in his third claim for relief.

Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts requires that Mr. Lopez-Jurado go beyond notice pleading. *See Blackledge v. Allison*, 431 U.S. 63, 75 n.7 (1977). He must allege specific facts to support each asserted claim. Naked allegations of constitutional violations are not cognizable under 28 U.S.C. § 2254. *See Ruark v. Gunter*, 958 F.2d 318, 319 (10th Cir. 1992) (per curiam).

Furthermore, it is not clear exactly how many claims Mr. Lopez-Jurado is asserting in this action. It appears that he is asserting two distinct and unrelated claims in his second claim for relief. If so, those claims should be asserted as separate claims. Mr. Lopez-Jurado may intend to assert even more claims because part of the relief he seeks is a complete review of his claims from direct appeal. If Mr. Lopez-Jurado does intend to pursue any other claims, he must specifically raise those claims in the application together with specific facts in support of those claims.

Therefore, Mr. Lopez-Jurado will be ordered to file an amended application in which he clarifies the precise claims he is asserting and the specific facts that support each asserted claim. Accordingly, it is

2

ORDERED that Mr. Lopez-Jurado file **within thirty (30) days from the date of this order** an amended habeas corpus application that complies with this order.  It is

FURTHER ORDERED that the clerk of the court mail to Mr. Lopez-Jurado, together with a copy of this order, one copy of the following form:  Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254.  It is

FURTHER ORDERED that, if Mr. Lopez-Jurado fails within the time allowed to file an amended application as directed, the application will be denied and the action will be dismissed without further notice.

DATED at Denver, Colorado, this __3__ day of _October_ _____, 2005.

BY THE COURT:

O. EDWARD SCHLATTER
United States Magistrate Judge

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 05-cv-01749-OES

Alejandro Lopez-Jurado
Prisoner No. 96990
Limon Correctional Facility
49030 State Hwy. 71
Limon, CO 80826

I hereby certify that I have mailed a copy of the **ORDER and two copies of the Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254** to the above-named individuals on_____ 10·3-05_____

GREGORY C. LANGHAM, CLERK

By:_____
Deputy Clerk