IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01749-WYD-MJW

ALEJANDRO LOPEZ-JURADO,

    Petitioner,

v.

AL ESTEP, Warden, Limon Correctional Facility, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

## ORDER

THIS MATTER is before the Court on Petitioner's Notice of Non-Response to Habeas Petition (# 21), filed January 24, 2006.  Petitioner states therein that he did not receive Respondents' Answer, which was filed on January 13, 2006, and in which Respondents included a Certificate of Service stating the documents were sent to Petitioner on January 13, 2006.  Although Respondents' Answer states the Answer and all its exhibits were mailed to Petitioner, the Court directs that the Clerk's Office mail the Answer and its exhibits to the Petitioner with a Certificate of Service.

Dated:  January 25, 2006

                                                BY THE COURT:

                                                s/ Wiley Y. Daniel
                                                Wiley Y. Daniel
                                                U. S. District Judge