IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01749-WYD-MJW

ALEJANDRO LOPEZ-JURADO,

    Petitioner,

v.

AL ESTEP, Warden, Limon Correctional Facility, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

## MINUTE ORDER

    Applicant's Motion for Leave and Time to File "Traverse to Respondent's Answer to Applicant's Petition for Writ of Habeas Corpus" (# 25), filed February 6, 2006, and requesting an extension to and including **Thursday, March 16, 2006**, is **GRANTED**.

    Dated:  February 6, 2006

                                        s/ M. Brooke McKinley
                                        Law Clerk to
                                        Wiley Y. Daniel
                                        U. S. District Judge